**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dennis E. Morgan**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2563<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–22570–CMB | |

# Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dennis E. Morgan

5/10/23                                                                            **By the court:**   Carlota M Bohm
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22570-CMB |
| Dennis E. Morgan | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 10, 2023 | Form ID: 318 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dennis E. Morgan, 360 Pine Hollow Road, Trafford, PA 15085-9750 |
| 15558668 | + | Fast Loans, 3885 William Penn Highway, Monroeville, PA 15146-2127 |
| 15558675 | + | Peoples, 100 Allegheny Center Mall, Pittsburgh, PA 15212-5331 |
| 15558678 | | SW Behavioral Health Drug, c/o Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 11 2023 03:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 10 2023 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 11 2023 03:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 10 2023 23:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | May 11 2023 03:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 10 2023 23:54:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15558663 | + | Email/PDF: bncnotices@becket-lee.com | May 11 2023 00:03:13 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15558664 | + | EDI: CAPITALONE.COM | May 11 2023 03:42:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15558665 | + | EDI: CAPITALONE.COM | May 11 2023 03:42:00 | Capital One/Walmart, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15558666 | | Email/Text: ebnnotifications@creditacceptance.com | May 10 2023 23:54:00 | Credit Acceptance Corporation, P.O. Box 5070, Southfield, MI 48086-5070 |
| 15558667 | | Email/PDF: creditonebknotifications@resurgent.com | May 11 2023 00:03:07 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15558670 | + | EDI: CITICORP.COM | May 11 2023 03:42:00 | Macys/Citibank, P.O. Box 8218, Mason, OH 45050 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15558669 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 10 2023 23:54:00 | FB&T/Mercury Financial, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15558673 | | Email/Text: ml-ebn@missionlane.com | May 10 2023 23:54:00 | Mission Lane Tab Bank, P.O. Box 105286, SW #1340, Atlanta, GA 30348 |
| 15558671 | + | Email/Text: bankruptcy@marinerfinance.com | May 10 2023 23:54:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15558672 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 11 2023 00:03:13 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15558674 | + | EDI: AGFINANCE.COM | May 11 2023 03:42:00 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15558678 | ^ | MEBN | May 10 2023 23:44:58 | SW Behavioral Health Drug, c/o Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15558676 | + | EDI: CITICORP.COM | May 11 2023 03:42:00 | Sears/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15558677 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 10 2023 23:55:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 15558730 | + | EDI: RMSC.COM | May 11 2023 03:42:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15558679 | | EDI: RMSC.COM | May 11 2023 03:42:00 | Synchrony Bank/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15558680 | + | EDI: RMSC.COM | May 11 2023 03:42:00 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15558681 | + | EDI: CITICORP.COM | May 11 2023 03:42:00 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15558682 | + | Email/Text: bankruptcy@firstenergycorp.com | May 10 2023 23:55:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15606-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A. Bank Minnesota, National As |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023     Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 10, 2023 | Form ID: 318 | Total Noticed: 26 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank  N.A. Bank Minnesota, National Association, as Trustee for Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2003-2 bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Dennis E. Morgan rodsheph@cs.com |

TOTAL: 6